# United States District Court
## For The Western District of North Carolina
## Bryson City Division

HAROLD McVAY, III,

           Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                        2:06cv27-03-MU

JACKSON COUNTY SHERIFF'S
DEPARTMENT, et al.,

           Defendant(s).


DECISION BY COURT.  This action having come before the Court on initial review and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 17, 2006 Order.


                                 FRANK G. JOHNS, CLERK

October 17, 2006

                                   *s/Elizabeth J. Barton*
                     BY: _____
                              Elizabeth J. Barton, Deputy Clerk